Entered on Docket
May 19, 2011
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

*for Court file*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
Chambers, 22nd Floor, 235 Pine Street
San Francisco, California 94104
Tel. 415-268-2320

**MEMORANDUM**

**TO:** Selwyn D. Whitehead, Esq.

**FROM:** Peggy E. Brister, Law Clerk to Judge Montali

**SUBJECT:** Maryline and Mark Linares (Case No. 10-34361)

**DATE:** May 19, 2011

Hello Ms. Whitehead:

   I am forwarding a copy of a letter from Robert Boles and Christine Boles, principals of Beausoleil Architecture, a creditor in the above-referenced case. The debtors have filed a motion for summary judgment seeking disallowance of Beausoleil's secured claim. Mr. and Ms. Boles are willing to stipulate that Beausoleil's lien is not valid but request that its claim be reclassified as an unsecured one.

   Judge Montali would like to know if Debtors are willing to have Beausoleil's claim disallowed as a secured claim and reclassified and allowed as an unsecured claim. If so, you can submit an order to that effect and take the motion for summary judgment off the July 1 calendar. Please email me at Peggy_Brister@canb.uscourts.gov (with a copy sent to Mr. and Ms. Boles, either by e-mail or hard copy) to let me know how Debtors want to proceed. Thank you.

Attachment (Letter dated May 14, 2011, from Mr. and Ms. Boles)

cc: Robert and Christine Boles, Beausoleil Architecture
    Court File (w/attachment)



May 14, 2011

Gloria Franklin
Bankruptcy Clerk's Office
235 Pine Street, 19th floor
Post Office Box 7341
San Francisco, CA 94120

Re: Bankruptcy Case # 10-34361
Maryline and Mark Linares

Dear Ms. Franklin,

I am responding to Selwyn D. Whitehead's Motion for Summary Judgment, dated April 29th, 2011, regarding Beausoleil Architect's dept claim.

We are not attorneys and are not represented by an attorney in this case. We assume that Ms. Selwyn's analysis of the lien law is correct and that our lien is no longer valid. We acknowledge therefore that our debt is unsecured. We welcome Ms. Selwyn's public acknowledgement, before us and Judge Montali, that the debt is a valid one and would like to request that the debt be reclassified as an unsecured debt.

Please let us know what other documentation you may require. We would be happy to re-submit the claim form if that is necessary.

Sincerely,

Robert Boles, Architect
Principal

Christine Boles, Architect
Principal

Cc: Selwyn D. Whitehead
Offices of Selwyn D. Whitehead
4650 Scotia Avenue
Oakland, CA 94605